Case Unsealed.

~~SECRET~~

FILED
09 DEC -4 PM 12: 27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2009 Grand Jury

| UNITED STATES OF AMERICA, | ) Case No. **09CR4389  MMA** |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) Title 18, U.S.C., Sec. 1594(c) - Conspiracy to Violate Sex Trafficking of Children and By Force, Fraud, or Coercion; Title 18, U.S.C. Secs., 1591(a) and (b) - Sex Trafficking of Children and By Force, Fraud, or Coercion; Title 18, U.S.C., Secs. 2251(a) and (e) - Sexual Exploitation of a Child; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| MALCOLM JAMAL ALLEN (1), aka "King Show Tyme", AMA BAHATI BERNARD (2), aka "Spanc", DEVON LEONTAE SUTTON (3), aka "Young Fe", BIRDIA ROLLINS (4), aka "Keisha", aka "Toni", NICOLE BROOK TIERNEY (5), VINCENT WINDSOR HEIMSTRA (6), DOMINIQUE CORTEZ LITTLE (7), aka "C-Marley", aka "Junior Show Tyme" LAMONT MONTEL GROVE (8), aka "Lolo", JOSEPH ANTHONY PONDER (9), aka "Scrappy B", aka "Little Scraps", ALEXANDRA GROVE (10), aka "Allie", | |
| Defendants. | ) |

The grand jury charges:

INTRODUCTORY ALLEGATIONS

1. Defendants are members, associates or clients of "NWS" or "Niggas With Swag/Never Will Struggle", a group in the business of prostituting females.

APS:lml:San Diego
12/3/09

2.   "NWS" operates in the North San Diego County area and in Riverside County.

### Count 1

Beginning in or about January 2009 up to and including November 2009, within the Southern District of California, and elsewhere, defendants MALCOLM JAMAL ALLEN, aka "King Show Tyme", AMA BAHATI BERNARD, aka "Spanc", DEVON LEONTAE SUTTON, aka "Young Fe", BIRDIA ROLLINS, aka "Keisha", aka "Toni", NICOLE BROOK TIERNEY, VINCENT WINDSOR HEIMSTRA, DOMINIQUE CORTEZ LITTLE, aka "C-Marley", aka "Junior Show Tyme", LAMONT MONTEL GROVE, aka "Lolo", JOSEPH ANTHONY PONDER, aka "Scrappy B", aka "Little Scraps", and ALEXANDRA GROVE, aka "Allie", in and affecting interstate and foreign commerce, did conspire to recruit, entice, harbor, transport, provide, obtain and maintain by any means a person and did benefit, financially and by receiving anything of value, from participation in a venture which has engaged in an act of recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person, including but not limited to C.R. and N.J., knowing that the person had not attained the age of 18 years of age and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a), (b), and 1594(c).

### Count 2

On or about and between January 14, 2009 and January 25, 2009, within the Southern District of California, and elsewhere, defendants AMA BAHATI BERNARD, aka "Spanc", BIRDIA ROLLINS, aka "Keisha", aka "Toni", VINCENT WINDSOR HEIMSTRA, and DOMINIQUE CORTEZ LITTLE, aka "C-Marley", aka "Junior Show Tyme", knowingly, in and affecting interstate commerce, did recruit, entice, harbor, transport, provide,

obtain, and maintain by any means a person, and did benefit, financially and by receiving anything of value, from participation in a venture which has engaged in an act of recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person, to wit: C.R., (1) knowing and in reckless disregard of the fact that means of force, fraud, and coercion would be, and was in fact, used to cause C.R. to engage in a commercial sex act; (2) knowing and in reckless disregard of the fact that C.R. would be caused to engage in a commercial sex act; and (3) having had a reasonable opportunity to observe C.R. and knowing and in reckless disregard of the fact that C.R. had not attained the age of 18 years; in violation of Title 18, United States Code, Sections 1591(a), (b), and 2.

## Count 3

On or about and between February 5, 2009 and February 16, 2009, within the Southern District of California, defendants MALCOLM JAMAL ALLEN, aka "King Show Tyme", BIRDIA ROLLINS, aka "Keisha", aka "Toni", NICOLE BROOK TIERNEY, LAMONT MONTEL GROVE, aka "Lolo", JOSEPH ANTHONY PONDER, aka "Scrappy B", aka "Little Scraps", and ALEXANDRA GROVE, aka "Allie", knowingly, in and affecting interstate commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, and did benefit, financially and by receiving anything of value, from participation in a venture which has engaged in an act of recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person, to wit: C.R., (1) knowing and in reckless disregard of the fact that means of force, fraud, and coercion would be, and was in fact, used to cause C.R. to engage in a commercial sex act; (2) knowing and in reckless disregard

of the fact that C.R. would be caused to engage in a commercial sex act; and (3) having had a reasonable opportunity to observe C.R. and knowing and in reckless disregard of the fact that C.R. had not attained the age of 18 years; in violation of Title 18, United States Code, Sections 1591(a), (b), and 2.

### Count 4

On or about September 8, 2009, within the Southern District of California, defendant AMA BAHATI BERNARD, aka "Spanc", knowingly, in and affecting interstate commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit: Chelsea R. (1) knowing and in reckless disregard of the fact that means of force, fraud, and coercion would be, and was in fact, used to cause Chelsea R. to engage in a commercial sex act; and (2) knowing and in reckless disregard of the fact that Chelsea R. would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a), (b), and 2.

### Count 5

On or about November 5, 2009, within the Southern District of California, defendants DEVON LEONTAE SUTTON, aka "Young Fe", and BIRDIA ROLLINS, aka "Keisha", aka "Toni", knowingly, in and affecting interstate commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, including but not limited to: N.J. (1) knowing and in reckless disregard of the fact that means of force, fraud, and coercion would be, and was in fact, used to cause N.J. to engage in a commercial sex act; (2) knowing and in reckless disregard of the fact that N.J. would be caused to engage in a commercial sex act; and (3) having had a reasonable opportunity to observe N.J. and knowing and in reckless disregard of the fact that

1  N.J. had not attained the age of 18 years; in violation of Title 18,
2  United States Code, Sections 1591(a), (b), and 2.

### Count 6

On or about and between January 2009 and November 2009, within the Southern District of California, and elsewhere, defendants MALCOLM JAMAL ALLEN, aka "King Show Tyme", BIRDIA ROLLINS, aka "Keisha", aka "Toni", and VINCENT WINDSOR HEIMSTRA, did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means; in violation of Title 18, United States Code, Sections 2251(a), (e), and 2.

DATED: December 4, 2009.

A TRUE BILL,

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
ALESSANDRA P. SERANO
Assistant U.S. Attorney